**MERLIN LAW GROUP, P.A.**
By: Paul L. LaSalle, Esq. (PLL-1394)
125 Half Mile Road, Suite 201
Red Bank, NJ 07701
(T) 732-704-4647
(F) 732-704-4651

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ENCOMPASS INSURANCE COMPANY, ET AL.<br><br>        Defendants. | Civil Action No: 2:17-cv-03527-JMV- MF<br><br>**STIPULATION AND ORDER REMANDING MATTER BACK TO THE BERGEN VICINAGE OF THE NEW JERSEY SUPERIOR COURT** |

      **WHEREAS,** on July 3, 2018, Plaintiff, ELIZABETH JOHNSON ("Plaintiff"), filed an Amended Complaint in this action against ENCOMPASS INSURANCE COMPANY ("Encompass"), D.E. 10;

      **WHEREAS,** on January 22, 2020, the Court issued an Order permitting Plaintiff to file a Second Amended Complaint adding causes of action against additional parties, D.E. 33;

      **WHEREAS,** the Second Amended Complaint was filed by Plaintiff on January 23, 2020, D.E. 34;

      **WHEREAS,** complete diversity of citizenship no longer exists between Plaintiff and Defendants.

      **IT IS HEREBY STIPULATED,** by and between Plaintiff and Encompass, by and through their respective counsel, that:

      1. This matter should be remanded back to the Bergen Vicinage of the Superior Court of New Jersey for all further proceedings.

MERLIN LAW
GROUP, PA
125 Half Mile Road
Suite 200, Red Bank
New Jersey, 07701
www.Merlinlawgroup.com

T2436809.DOCX;1                                   1

Dated: January 29, 2020

**MERLIN LAW GROUP, P.A.**
Attorneys for Plaintiff

By: s/ Paul L. LaSalle
    Paul L. LaSalle, Esq.

**LaBLETTA & WALTERS LLC**
Attorneys for Defendant

By: s/ Christian P. LaBletta
    Christian P. LaBletta, Esq.

MERLIN LAW
GROUP, PA
125 Half Mile Road
Suite 200, Red Bank
New Jersey, 07701
www.Merlinlawgroup.com

T2436809.DOCX;1

2

## <u>ORDER</u>

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that this action is remanded back to the state court from which it was removed; and

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.


DATED: January 30, 2020

                                                              _____
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.

MERLIN LAW
GROUP, PA
125 Half Mile Road
Suite 200, Red Bank
New Jersey, 07701
www.Merlinlawgroup.com